ACCEPTED
14-13-00708-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
3/18/2015 8:09:02 PM
CHRISTOPHER PRINE
CLERK

NO. 14-13-00708

VICTOR TODD WILLIAMS

VS.

THE STATE OF TEXAS

IN THE 14th COURT OF APPEALS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
3/18/2015 8:09:02 PM
CHRISTOPHER A. PRINE
Clerk

AT HOUSTON, TEXAS

## THIRD MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW LANA GORDON, Appointed counsel for Appellant, who files this Motion and as grounds therefore would show as follows:

I.

Appellant was charged with Felony Murder and Aggravated Robbery in cause number 1386052 in the 339th District Court, Harris County, Texas. The jury convicted him of Aggravated Robbery. The Court assessed punishment at 75 years in prison. Notice of Appeal was timely given.

II.

The same lawyer, Jerome Godonich, was appointed to represent Appellant both at trial and on appeal. He filed an *Anders* brief.

On September 16, 2014, this Honorable Court issued an Abatement Order ruling "that we disagree with appellate counsel's conclusion that there are no arguable issues for appeal...the case is abated and remanded to the trial court with instructions to appoint other counsel." On October 6, 2014, Judge Jackson appointed the undersigned to represent Appellant on appeal.

On November 10, 2014, Counsel Lana Gordon filed a Motion for New Trial, arguing that the Court of Appeals ruling regarding the improper filing of an *Anders* brief by Mr. Godonich should "restart" the appellate timetable in the interest of justice. Citing numerous instances of ineffective assistance of Mr. Godonich at trial, none of which he raised in his *Anders* brief, Appellant's sworn Motion for New Trial was presented to the Court on November 10, 2014. On November 10, 2014, an evidentiary hearing on the Motion for New Trial was granted, with a hearing date set on January 7, 2015. A motion to extend time to file the brief was granted until after the MNT was considered. Counsel received notice that the brief was due February 9, 2105.

On January 6, 2015, Judge Jackson granted Mr. Godonich's motion to quash defense's subpoena *duces tecum*, requiring him to testify and bring his file to court. Counsel was made aware of the motion to quash when she went to court ready to proceed with the evidentiary hearing on January 7, 2015.

On January 7, 2015, a hearing was held and the Motion for New Trial was denied.

Preparing this brief, counsel has found that there are two missing volumes:

1. A CD of supplemental clerk's record of the MNT was not filed. There is no CD of the clerk's record of Appellant's response to the motion to quash, the motion for new trial hearing, arguments and rulings. Counsel cannot prepare the brief without it.

2. A CD of supplemental court reporter's record of Appellant's response to the motion to quash, the motion for new trial hearing, arguments and rulings was filed January 21, 2015. The CD is blank that counsel obtained from the clerk's office. It is labeled "1386052. Victor

Williams. Vol 1. 339th. Reporter's Record. Pam Knobloch." When inserted into counsel's computer, it indicates it is blank: "0 KB" and "corrupted and unreadable" CD.

Counsel is filing a Motion to Supplement Appellate Record that corresponds to these two missing volumes and the request for extension. Counsel has contacted Ms. Knobloch regarding the blank CD and is awaiting a response.

Wherefore, premises considered, Counsel prays that this Honorable Court grant a Motion to Extend Time to File Appellant's Brief, and permit the same to be due on May 9, 2015, as it considers the motion to supplement.

Respectfully Submitted,
*/s/ Lana Gordon*
Lana Gordon
Counsel for Appellant
TBN: 08202700
3730 Kirby, Suite 1120
Houston, Texas 77098
TEL: (713) 520-5223
FAX: (713) 520-5455

CERTIFICATE OF SERVICE

On March 18, 2015, this Motion was served upon the State of Texas, Harris County District Attorney's office by e-filing a copy with this filing.

*/s/ Lana Gordon*
LANA GORDON